# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MIGUEL ANGEL ROACHO,

    Plaintiff(s),

v.

STATE FARM AUTOMOBILE INSURANCE COMPANY,

    Defendant(s).

Case No. 2:24-cv-00638-JAD-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties must file a joint discovery plan by June 14, 2024.

    IT IS SO ORDERED.

    Dated: June 7, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1