# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL ROACHO,<br><br>　　Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　Defendant(s). | Case No. 2:24-cv-00638-JAD-NJK<br><br>**ORDER** |

On June 14, 2024, the parties filed a notice of settlement that it may take up to 45 days to file dismissal papers. Docket No. 11. Dismissal papers have not been filed. Accordingly, the parties are ordered to file, no later than August 8, 2024, either dismissal papers or a joint status report.

IT IS SO ORDERED.

Dated: August 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge