1  **SEAN D. COONEY, ESQ.**
   NV Bar # 12945
2  **CARMAN COONEY FORBUSH PLLC**
   4045 Spencer Street Suite A47
3  Las Vegas, NV 89119
   Telephone: (702) 421-0111
4  Facsimile: (702) 516-1033
   service@ccfattorneys.com
5  Attorneys for Defendants
   State Farm Mutual Automobile Insurance Company
6

7  
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
8

9  MIGUEL ANGEL ROACHO,                         2:24-cv-00-638-JAD-NJK

10            Plaintiff,                        **STIPULATION & ORDER
                                                FOR DISMISSAL
11 v.                                           WITH PREJUDICE**

12 STATE FARM MUTUAL AUTOMOBILE
   INSURANCE COMPANY, A Foreign Entity;
13 DOES I through X, inclusive; and ROE
   CORPORATIONS I through X, inclusive.
14
              Defendants
15

16

17        **IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Miguel

18 Angel Roacho and Defendants State Farm Mutual Automobile Insurance Company

19 by and through their respective counsel of record, that the entire matter be

20 dismissed with prejudice, each party to bear their own fees and costs.

21 \ \ \

22 \ \ \

23

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED August 8, 2024　　　　　　　　DATED 7/31/24

CARMAN COONEY FORBUSH PLLC　　　　RAICH LAW PPLC

_____　　_____
SEAN D. COONEY, ESQ.　　　　　　　　SAGAR RAICH, ESQ.
Attorneys for Defendants　　　　　　　BRIAN SCHNEIDER, ESQ.
State Farm Mutual Automobile　　　　Attorneys for Plaintiff
Insurance Company　　　　　　　　　　Miguel Angel Roacho

## ORDER

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
August 15, 2024